# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA

**UNITED STATES OF AMERICA**

        **v.**                                  **Crim. No. 7:20-CR-143-1FL**

**BRANDON KEITH GATEWOOD**

        On May 23, 2023, the above named was placed on probation for a period of 36 months. The offender has complied with the rules and regulations of probation and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

                                             I declare under penalty of perjury that the foregoing is true and correct.

                                           /s/Timothy L. Gupton
                                           Timothy L. Gupton
                                         Senior U.S. Probation Officer
                                           310 New Bern Avenue, Room 610
                                         Raleigh, NC 27601-1441
                                         Phone: 919-861-8686
                                         Executed On: August 7, 2024

## ORDER OF COURT

        Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

        Dated this __8th__ day of _____August_____, 2024.

                                           Louise W. Flanagan
                                         U.S. District Judge